IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMISON L. WINTERS                                                                                       PETITIONER

V.                                                                        CIVIL ACTION NO. 4:25-CV-00070-SA-JMV

MISSISSIPPI DEPARTMENT OF CORRECTIONS                                                    RESPONDENT

ORDER

Jamison L. Winters, proceeding *pro se*, has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED**:

1. No later than August 25, 2025, the respondent, through the Attorney General of the State of Mississippi, must file a response to this petition, along with all relevant transcripts of the proceedings in the state courts of Mississippi arising from the petitioner's conviction for sexual battery in the Circuit Court of Grenada County, Mississippi (to the extent such are relevant to the State's response).

2. Within fourteen (14) days of service upon him of a copy of the respondents' response, the petitioner may file his reply to the allegations contained in the response.

3. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondents must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this the 10th day of June, 2025.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE